UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **218 7th STREET SE LLC**<br>218 7th Street SE,<br>Washington, D.C. 20003<br><br>*Plaintiff*<br><br>v.<br><br>**SCHOOL OF SMIZE LLC**<br>10960 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90024<br><br>**TYRA BANKS**<br>10960 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90024<br><br>**LOUIS MARTIN**<br>10960 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90024<br><br>*Defendants* | Civil Case. No. 1:25-cv-3625 |

## PLAINTIFF'S INDEX OF EXHIBITS

Exhibit A:   Text Message Exchange Between Christopher Powell and Louis Martin Regarding 218 7th St. SE (February 29, 2024)

Exhibit B:   Lease (April 17, 2024)

Exhibit C:   Defendants' MEP Zoning Plan prepared by Michael Graves (May 24, 2024)

Exhibit D:   Defendants' floor plans for 218 7th Street SE prepared by Demian Wilbur Architects

Exhibit E:   Declaration of Adele Sheehan (September 10, 2025)

Dated: October 9, 2025                                Respectfully submitted,


/s/ *Arziki Adamu*
Arziki Adamu (D.C. Bar No. 1738362)
Arziki Law
5731 6th St. NE
Washington, D.C. 20011
arziki@arzikilaw.com
*Counsel for Plaintiff 218 7th Street SE LLC*

2