# EXHIBIT D







LEGEND
1/8" = 1'-0"

**demian\wilbur\architects**

**218 7th Street SE BOMA Calculations**
Washington, DC 20003

**FLOOR 1**

Drawing Scale:  1/8" = 1'-0"
Drawing Date:  02/27/19

COPYRIGHT © DEMIAN WILBUR ARCHITECTS 2015





**218 7th Street SE BOMA Calculations**
Washington, DC 20003

**FLOOR 2**

Drawing Scale: 1/8" = 1'-0"
Drawing Date: 02/27/19

COPYRIGHT © DEMIAN WILBUR ARCHITECTS 2015