# EXHIBIT E

## DECLARATION OF ADELE SHEEHAN

I, ADELE SHEEHAN, declare under penalty of perjury that the following statements are true and correct:

1. I reside in an apartment located on the top two floors of the building at 218 7th Street SE in Washington, DC. Christopher Powell is my Landlord.

2. I have lived in my apartment since 2001 and have no plans to move.

3. In 2024 I met Tyra Banks and Louis Martin, who introduced themselves and told me that they were moving into the building.

4. I had several meetings and informal get-togethers at the building with Tyra Banks and Louis Martin. I showed Ms. Banks my apartment.

5. I also met with members of Ms. Banks's staff and design team. I observed them preparing plans for the bottom three floors of the building.

6. At the time, I told Ms. Banks that I thought her ice cream shop in the building would be a wonderful addition to the neighborhood. I even offered to host a cocktail party to introduce her to the neighbors.

7. Ms. Banks never indicated to me that she was unhappy with me or the other residents living in the building, or that she expected us to move out. My neighbors in the other apartment never told me Ms. Banks expressed dissatisfaction with our apartments in the building. All of my interactions with Ms. Banks and her staff suggested a cordial and cooperative arrangement.

8. I never had a meeting or conversation with Christopher Powell regarding Ms. Banks, Mr. Martin, or their tenancy in the building, until after they left the building.

9. When Ms. Banks abruptly removed her furniture from the building, I asked Mr. Powell what had happened. He told me that he did not know.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of September 2025

_____
SIGNATURE
Adele Sheehan – Declarant