# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **218 7th STREET SE LLC**, <br><br> *Plaintiff*, <br><br> **v.** <br><br> **SCHOOL OF SMIZE LLC**, *et al.*, <br><br> *Defendants*. | Civil Action No.: 1:25-cv-03625-ABJ |

**DECLARATION OF TYRA BANKS**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, TYRA BANKS, declare the following to be true and correct:

1. I am over 21 years old and am competent to testify to the facts and matters contained herein based on my personal knowledge or reference to records within my control.

2. I submit this Declaration in support of Defendants' Motion to Dismiss in this case. I have reviewed the Motion and am generally familiar with its contents and the exhibits attached thereto.

3. I am a United States citizen, and have been since my birth in the State of California.

4. Since in or around August 2023, I have lived with my partner, Louis Martin, and family in Sydney, Australia.

5. I engage in substantial work and business in Australia in connection with SMiZE & DREAM, as Australia is where the brand's flagship store and production facility are located. In fact, my move to Australia was largely motivated by SMiZE & DREAM's presence in Australia.

- 1 -

6. My decision to move to Australia was reinforced by the tragic destruction of my former home in the January 2025 Palisades wildfires that affected significant portions of Los Angeles. I learned about the destruction of my property while in Australia.

7. As such, I consider Sydney, Australia to be my true, fixed, principal, and permanent home, and where I intend to remain indefinitely. To that end, my family and I are all in the process of applying for visas in Australia.

8. School of Smize LLC is a Delaware limited liability company governed by its Limited Liability Company Agreement. A true and correct copy of the first and last page of said Limited Liability Company Agreement is attached to Defendants' Motion to Dismiss as Exhibit 3. As shown therein, the sole member of School of Smize LLC is Smize Cream SMP LLC.

9. Smize Cream SMP LLC is a Delaware limited liability company governed by its Limited Liability Company Agreement. A true and correct copy of the first and last page of said Limited Liability Company Agreement is attached to Defendants' Motion to Dismiss as Exhibit 4. As shown therein, the sole member of Smize Cream SMP LLC is Smize Cream Holdings LLC.

10. Smize Cream Holdings LLC is a Delaware limited liability company governed by its Limited Liability Company Agreement. A true and correct copy of the first and last page of said Limited Liability Company Agreement is attached to Defendants' Motion to Dismiss as Exhibit 5. As shown therein, the sole member of Smize Cream Holdings LLC is a revocable trust for which I serve as trustee.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 10, 2025.

_____
TYRA BANKS