# EXHIBIT 3

# LIMITED LIABILITY COMPANY AGREEMENT
# OF
# SCHOOL OF SMIZE LLC

THIS LIMITED LIABILITY COMPANY AGREEMENT (the "Agreement") of School of Smize LLC (the "Company") is entered into effective as of March 1, 2024, by Smize Cream SMP LLC, a Delaware limited liability company, as the sole member (the "Member") of the Company.

## RECITAL

The Company has been formed as a limited liability company under the laws of the State of Delaware. The Member and the Manager (as defined below) desire to enter into a written agreement, in accordance with the provisions of the Delaware Limited Liability Company Act and any successor statute, as amended from time to time (the "Act"), governing the affairs of the Company and the conduct of its business.

## ARTICLE 1
### Organizational Matters

1.1     Formation.  The Company was formed on March 1, 2024 as a limited liability company pursuant to the provisions of the Act.  A certificate of formation for the Company as described in Section 18-201 of the Act (the "Certificate of Formation") has been filed in the Office of the Secretary of State of the State of Delaware in conformity with the Act.

1.2     Name.  The name of the Company shall be "School of Smize LLC" and its business shall be carried on in such name with such variations and changes as the Member shall determine or deem necessary to comply with requirements of the jurisdictions in which the Company's operations are conducted.

1.3     Business Purpose; Powers.  The Company has been formed for the purpose of engaging in any lawful business, purpose or activity for which limited liability companies may be formed under the Act.  The Company shall possess and may exercise all the powers and privileges granted by the Act or by any other law or by this Agreement, together with any powers incidental thereto, so far as such powers and privileges are necessary or convenient to the conduct, promotion or attainment of the business purposes or activities of the Company.

1.4     Registered Office and Agent.  The location of the registered office of the Company shall be 2140 S. Dupont Highway, Camden, DE 19934.  The Company's Registered Agent at such address shall be Paracorp Incorporated.

1.5     Term.  Subject to the provisions of Article 6 below, the Company shall have a perpetual existence.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date first above written.

**MEMBER:**

SMIZE CREAM SMP LLC,
a Delaware limited liability company

By: _____
Name: Tyra Banks
Title:  Manager


**MANAGER:**

_____
Tyra Banks

9