# EXHIBIT 4

# LIMITED LIABILITY COMPANY AGREEMENT
# OF
# SMIZE CREAM SMP LLC

THIS LIMITED LIABILITY COMPANY AGREEMENT (the "<u>Agreement</u>") of Smize Cream SMP LLC (the "<u>Company</u>") is entered into effective as of the 22nd day of July, 2020, by Smize Cream Holdings LLC, a Delaware limited liability company, as the sole member (the "<u>Member</u>") of the Company.

## RECITAL

The Company has been formed as a limited liability company under the laws of the State of Delaware. The Member and the Manager desire to enter into a written agreement, in accordance with the provisions of the Delaware Limited Liability Company Act and any successor statute, as amended from time to time (the "<u>Act</u>"), governing the affairs of the Company and the conduct of its business.

## ARTICLE 1
### Organizational Matters

1.1     <u>Formation</u>. The Company was formed on July 22, 2020 a limited liability company pursuant to the provisions of the Act. A certificate of formation for the Company as described in Section 18-201 of the Act (the "<u>Certificate of Formation</u>") has been filed in the Office of the Secretary of State of the State of Delaware in conformity with the Act.

1.2     <u>Name</u>. The name of the Company shall be "<u>Smize Cream SMP LLC</u>" and its business shall be carried on in such name with such variations and changes as the Member shall determine or deem necessary to comply with requirements of the jurisdictions in which the Company's operations are conducted.

1.3     <u>Business Purpose; Powers.</u> The Company has been formed for the purpose of engaging in any lawful business, purpose or activity for which limited liability companies may be formed under the Act. The Company shall possess and may exercise all the powers and privileges granted by the Act or by any other law or by this Agreement, together with any powers incidental thereto, so far as such powers and privileges are necessary or convenient to the conduct, promotion or attainment of the business purposes or activities of the Company.

1.4     <u>Registered Office and Agent</u>. The location of the registered office of the Company shall be 2140 S. Dupont Highway, Camden, DE 19934. The Company's Registered Agent at such address shall be Paracorp Incorporated.

1.5     <u>Term</u>. Subject to the provisions of <u>Article 6</u> below, the Company shall have a perpetual existence.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date first above written.

**MEMBER:**

SMIZE CREAM HOLDINGS LLC,
a Delaware limited liability company

By: _____/s/ Tyra Banks_____
    DocuSigned by: 51B09E95EA514E9...
Name: Tyra Banks
Title:  Manager


**MANAGER:**

_____/s/ Tyra Banks_____
DocuSigned by: 51B09E95EA514E9...
Tyra Banks

50523573-v1