UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **218 7th STREET SE LLC**<br>218 7th Street SE,<br>Washington, D.C. 20003<br><br>*Plaintiff*<br><br>v.<br><br>**SCHOOL OF SMIZE LLC**<br>10960 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90024<br><br>**TYRA BANKS**<br>10960 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90024<br><br>**LOUIS MARTIN**<br>10960 Wilshire Blvd., 5th Floor<br>Los Angeles, CA 90024<br><br>*Defendants* | Civil Case No. 1:25-cv-3625 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff 218 7th Street SE LLC, by and through undersigned counsel, hereby give notice of voluntary dismissal without prejudice of their October 9, 2025 Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2

Dated: December 30, 2025                                  Respectfully submitted,


                                                          /s/ Arziki Adamu
                                                          Arziki Adamu (D.C. Bar No. 1738362)
                                                          Arziki Law
                                                          5731 6th St. NE
                                                          Washington, D.C. 20011
                                                          arziki@arzikilaw.com
                                                          *Counsel for Plaintiff 218 7th Street SE LLC*

2