# EXHIBIT 1

**Steven J. Willner**

| | |
|---|---|
| **From:** | Arziki Adamu <arziki@arzikilaw.com> |
| **Sent:** | Thursday, November 6, 2025 4:10 PM |
| **To:** | Steven J. Willner |
| **Cc:** | Nicole M. Hardman |
| **Subject:** | Re: RESPONSE REQUIRED: 3 DAY NOTICE |

Hello Steve,

   Mr. Powell wishes to schedule settlement negotiations as soon as possible, rather than awaiting your pleading. We seek assurance that your clients have a good faith intention to settle this matter quickly and amicably outside of court, i.e. for your clients to pose an amount for which they are willing to reach a settlement.

We have elected to begin responding to press inquiries next week unless the parties have begun to formalize settlement negotiations. You can contact me via phone, text, or email at any time. Thank you.

Best,
Arziki

On Thu, Oct 30, 2025 at 2:42 PM Arziki Adamu <arziki@arzikilaw.com> wrote:
  Hello Steve,

   I write to follow-up on my previous email. Your failure to respond and state any amount for which your clients are willing to settle indicates there is no longer a good-faith intention to resolve this matter outside of court. We hope this is not the case.

  In any event, Mr. Powell has received several press inquiries regarding this case, with various reporters claiming they have also reached out to your clients. Therefore we are considering whether to issue a statement and ensure his side is fairly represented in the event of press coverage. However, I want to be clear that this is not our preference.

  **Please let me know by close of business tomorrow, October 31, whether or not your clients wish to proceed with formal settlement negotiations.**



  Best,

  **Arziki Adamu, Esq.**



  On Thu, Oct 23, 2025 at 4:18 PM Arziki Adamu <arziki@arzikilaw.com> wrote:
    Steve,

1

1. Venue is proper in the District Court for the District of Columbia. Although you may not be able to assess the good faith bases for our invocation of federal jurisdiction, fortunately Judge Jackson is tasked with making this determination.
2. We are unsure why your clients will not negotiate off of a $2.8 million demand, as this is the amount to which my client is entitled under the Lease. Also, you ambiguously refer to counterclaims totalling $500,000 but have not detailed any basis of these claims such that I may reasonably assess a modification to our settlement offer. Lastly, as detailed during our October 10 phone conversation, the Premises remains vacant.

It remains unclear whether your clients truly aim to resolve this matter, as you have been unable to present any amount to which they feel my client is reasonably entitled. In the meantime Mr. Powell repeatedly refuses offers from the media to further detail the unfortunate circumstances of this case, despite what appears to be your clients' refusal to take any accountability or offer reasonable compensation to make my client whole.

We now respond with an offer to settle this matter for $2.4 million dollars. Please confer with your clients and respond by close of business tomorrow, Friday October 24.

Best,
Arziki

On Fri, Oct 17, 2025 at 4:40 PM Steven J. Willner <sjw@nqgrg.com> wrote:

Arziki:

First, please feel free to call me Steve.

Second, we obviously disagree with your conclusory "on information and belief" assertions regarding subject matter jurisdiction, and frankly cannot even assess whether a good faith basis exists for your invocation of federal subject-matter jurisdiction because your email does not reveal any actual facts on which you base your jurisdictional assertions.

Third, my clients will not negotiate off a $2.8 million demand. This is particularly the case because my clients have counterclaims against Landlord for damages in the approximate amount of $500,000, to be articulated in future pleadings. The demand also does not take into account at all, as discussed during our last phone call, Landlord's ability to relet the property to other tenants. If Landlord legitimately desires a speedy amicable resolution, it should extend a reasonable settlement proposal for my clients' consideration.

Defendants reserve all rights and remedies and waive none.

Thank you.

**Steven J. Willner** | View Bio
T: 410.332.8542  |  F: 410.332.8551
SJW@nqgrg.com

**NEUBERGER QUINN GIELEN RUBIN GIBBER P.A.**

One South Street, 27th Floor  |  Baltimore, MD 21202

---

**From:** Arziki Adamu <arziki@arzikilaw.com>
**Sent:** Friday, October 17, 2025 3:12 PM
**To:** Steven J. Willner <sjw@nqgrg.com>
**Cc:** Robert C. Baker, III <rcb@nqgrg.com>; Nicole M. Hardman <nmh@nqgrg.com>
**Subject:** Re: RESPONSE REQUIRED: 3 DAY NOTICE

Mr. Willner:

  Please get back to me with your clients' response at your earliest opportunity. Again, my client is ready to see this case through, but has always preferred a faster, more amicable solution.

Best,

Arziki Adamu

On Mon, Oct 13, 2025 at 10:21 AM Arziki Adamu <arziki@arzikilaw.com> wrote:

> Mr. Wilner,
>
> First, we maintain that diversity of citizenship exists in this case and venue is proper in the District Court for the District of Columbia. The Court will consider numerous factors in making that determination. Upon information and belief, Ms. Banks remains domiciled in either New York or California for the purposes of diversity jurisdiction, and we reasonably expect that thorough discovery will support that fact.

3

**In any case, we will <u>not</u> voluntarily dismiss this suit and are prepared to litigate to secure rightful payment.** More importantly, in the very unlikely case the Court dismisses this matter for lack of jurisdiction or any other reason, our claims and demand amount of $2,831,331 will remain equally viable in the D.C. Superior Court. Although it may take time, we are confident the law supports our claims and we have no intention of withdrawing our case.

**We remain open to discussing a reasonable settlement. Please respond with your clients' offer for an amount and/or circumstances to resolve this matter.**

Best,

Arziki Adamu

On Fri, Oct 10, 2025 at 5:27 PM Steven J. Willner <sjw@nqgrg.com> wrote:

> Arziki,
>
> Thank you for consenting to the small extension. We will accept service.
>
> Please get back to me on jurisdiction at your earliest opportunity. As discussed, Ms. Banks is a U.S. citizen domiciled in Australia, deeming her "stateless" for diversity jurisdiction purposes and thus destroying diversity jurisdiction. Please let me know if you will agree to voluntarily dismiss the case; you could re-file it in an appropriate state court if you so choose.
>
> I will ask my clients about a potential amicable resolution.
>
> Thanks,
>
> Steven J. Willner | View Bio<http://www.nqgrg.com/our-team/steven-j-willner>
>
> T: 410.332.8542 | F: 410.332.8551
>
> SJW@nqgrg.com<mailto:SJW@nqgrg.com>
>
> NEUBERGER QUINN GIELEN RUBIN GIBBER P.A.
>
> One South Street, 27th Floor | Baltimore, MD 21202

---

4

From: Arziki Adamu <arziki@arzikilaw.com>
Sent: Friday, October 10, 2025 2:47 PM
To: Steven J. Willner <sjw@nqgrg.com>
Cc: Robert C. Baker, III <rcb@nqgrg.com>
Subject: Re: RESPONSE REQUIRED: 3 DAY NOTICE

Hello Mr. Willner,
   Thank you for your call. My client is okay with extending the deadline for your response to November 10, 2025 if you will receive service for all parties.

As we discussed on the phone, Mr. Powell prefers to resolve this matter fairly and amicably with minimal cost to all parties. Again, we have never sought to publicize this matter and raised that concern only in response to your claim that a public lawsuit would cause further harm to Mr. Powell.

Ultimately, he has suffered significant financial loss as a result of this situation and seeks a fair amount to compensate him for your clients' breach. Is there an amount, or circumstances under which, your clients are willing to settle this matter without further litigation?


Best,
Arziki Adamu, Esq.

On Fri, Oct 10, 2025 at 12:10 PM Steven J. Willner <sjw@nqgrg.com<mailto:sjw@nqgrg.com>> wrote:
Arziki – Just tried you, but the call went straight to voicemail without ringing.  Can you call me at 410-332-8542?

Thanks,

Steven J. Willner | View Bio<http://www.nqgrg.com/our-team/steven-j-willner>
T: 410.332.8542<tel:410-332-8542> |  F: 410.332.8551<tel:410-332-8551>
SJW@nqgrg.com<mailto:SJW@nqgrg.com>
Neuberger Quinn Gielen Rubin Gibber P.A.
One South Street, 27th Floor  |  Baltimore, MD 21202

From: Arziki Adamu <arziki@arzikilaw.com<mailto:arziki@arzikilaw.com>>
Sent: Friday, October 10, 2025 11:57 AM
To: Steven J. Willner <sjw@nqgrg.com<mailto:sjw@nqgrg.com>>
Cc: Robert C. Baker, III <rcb@nqgrg.com<mailto:rcb@nqgrg.com>>
Subject: Re: RESPONSE REQUIRED: 3 DAY NOTICE

Hello Steven,
   You may call me at 678-438-0293.

Best,
Arziki Adamu

On Fri, Oct 10, 2025 at 11:44 AM Steven J. Willner <sjw@nqgrg.com<mailto:sjw@nqgrg.com>>

5

wrote:
Ms. Adamu:

Please give me a call to discuss service and jurisdiction. I can accept service for the Defendants but would like to discuss and agree upon a response date as well. Further, we do not believe diversity jurisdiction exists here, which we'd also like to discuss. Please give me a call, or let me know your availability so we can set up a call.

Thanks,

Steve

Steven J. Willner | View Bio<http://www.nqgrg.com/our-team/steven-j-willner>
T: 410.332.8542<tel:410-332-8542> | F: 410.332.8551<tel:410-332-8551>
SJW@nqgrg.com<mailto:SJW@nqgrg.com>
Neuberger Quinn Gielen Rubin Gibber P.A.
One South Street, 27th Floor <https://www.google.com/maps/search/South+Street,+27th+Floor%0D%0A+%7C+Baltimore,+MD+21202?entry=gmail&source=g> |<https://www.google.com/maps/search/South+Street,+27th+Floor%0D%0A+%7C+Baltimore,+MD+21202?entry=gmail&source=g> Baltimore, MD 21202<https://www.google.com/maps/search/South+Street,+27th+Floor%0D%0A+%7C+Baltimore,+MD+21202?entry=gmail&source=g>

From: Arziki Adamu <arziki@arzikilaw.com<mailto:arziki@arzikilaw.com>>
Sent: Thursday, October 9, 2025 9:47 PM
To: Steven J. Willner <sjw@nqgrg.com<mailto:sjw@nqgrg.com>>
Cc: Robert C. Baker, III <rcb@nqgrg.com<mailto:rcb@nqgrg.com>>
Subject: Re: RESPONSE REQUIRED: 3 DAY NOTICE

Mr. Willner:

I write in response to your August 22 letter.

1. The "as is" clause in the Lease required your client to accept the premises.
2. The lease contains an enforceable accelerated rent provision.
3. Tyra Banks and Louis Martin are personally liable.
4. My contact information can be found in the complaint we filed today in the Federal District Court for the District of Columbia. You and your clients will be served shortly.

Landlord expressly reserves all such rights and remedies, including those not specifically described herein.

Best,
Arziki Adamu, Esq.

On Fri, Aug 22, 2025 at 5:04 PM Steven J. Willner <sjw@nqgrg.com<mailto:sjw@nqgrg.com>> wrote:
Ms. Adamu:

Please see the attached response.

Thanks,

Steven J. Willner | View Bio<http://www.nqgrg.com/our-team/steven-j-willner>
T: 410.332.8542<tel:410-332-8542> | F: 410.332.8551<tel:410-332-8551>
SJW@nqgrg.com<mailto:SJW@nqgrg.com>
Neuberger Quinn Gielen Rubin Gibber P.A.
One South Street, 27th Floor <https://www.google.com/maps/search/South+Street,+27th+Floor%0D%0A+%7C+Baltimore,+MD+21202?entry=gmail&source=g> |<https://www.google.com/maps/search/South+Street,+27th+Floor%0D%0A+%7C+Baltimore,+MD+21202?entry=gmail&source=g>  Baltimore, MD 21202<https://www.google.com/maps/search/South+Street,+27th+Floor%0D%0A+%7C+Baltimore,+MD+21202?entry=gmail&source=g>

From: Arziki Adamu <arziki@arzikilaw.com<mailto:arziki@arzikilaw.com>>
Sent: Friday, August 22, 2025 10:19 AM
To: Steven J. Willner <sjw@nqgrg.com<mailto:sjw@nqgrg.com>>
Cc: Phyllis Ransom <phyllis@nqgrg.com<mailto:phyllis@nqgrg.com>>
Subject: Re: RESPONSE REQUIRED: 3 DAY NOTICE

Mr. Willner:
  As discussed, we look forward to hearing from you by close of business today. Failure to respond will result in my client filing suit in the Federal District Court for the District of Columbia.

Best,
Arziki

On Wed, Aug 20, 2025 at 10:15 AM Arziki Adamu <arziki@arzikilaw.com<mailto:arziki@arzikilaw.com>> wrote:
Mr. Willner:

Attached is the Final Demand for Payment on behalf of my client, 218 7th St. SE LLC. On August 11, 2025, you confirmed via email that you are authorized to receive correspondence on behalf of School of Smize LLC. You have not acknowledged receipt of the letter, confirmed communication with Tenant, or provided any response. Therefore, we are preparing to file suit in the Federal District Court for the District of Columbia (I have reverted yesterday's substantive changes to the letter). Per the letter, the deadline for your response is Friday, August 22, and we reserve all rights. Thank you.

Best,
Arziki Adamu, Esq.