# EXHIBIT 3

## Statement of Account

009678  School of Smize LLC
000001  D.C. Lease Dispute                                                                                          Time & Rate: Original Value

**Fees**

| Date | ID | Description | Time | Hrly Rate | Orig Amount | Bill Amount |
|---|---|---|---|---|---|---|
| 10/10/2025 | NMH | Review and assess Complaint; confer with S. Willner re Complaint and Motion to Dismiss for Lack of Jurisdiction and failure to state claims; review and assess Lease terms. | 2.80 | $435 | $1,218.00 | $1,218.00 |
| 10/12/2025 | NMH | E-mails re Complaint; review articles re domicile; review law re veil-piercing. | 0.50 | $435 | $217.50 | $217.50 |
| 10/12/2025 | SJW | Conduct DC legal research re veil piercing. | 1.70 | $440 | $748.00 | $748.00 |
| 10/22/2025 | NMH | Research and assess law re stateless citizen and diversity jurisdiction; begin drafting portion of motion to dismiss re subject matter jurisdiction review & assess complaint as needed; review corporate documents as needed, research and assess law re motion to dismiss standards under FRCP 12(b) (1) and 12 (b) (6). | 5.40 | $435 | $2,349.00 | $2,349.00 |
| 10/23/2025 | NMH | Continue researching and assessing law re jurisdiction issue; continue drafting portion of motion to dismiss re lack of jurisdiction; review documents as needed. | 6.30 | $435 | $2,740.50 | $2,740.50 |
| 10/27/2025 | NMH | Continue drafting memo of law re motion to dismiss under FRCP 12(b) (1) and 12(b) (6); review documents as needed. | 1.80 | $435 | $783.00 | $783.00 |
| 10/28/2025 | NMH | Continue drafting memo of law in support of motion to dismiss; review and assess complaint and documents as needed; research and asses law as needed; email Steve J. Willner re domicile inquiry and facts for declaration. | 4.40 | $435 | $1,914.00 | $1,914.00 |
| 10/29/2025 | NMH | Finish drafting argument re lack of jurisdiction; begin researching law for FRCP 12 (b) (6) portion of motion. | 4.10 | $435 | $1,783.50 | $1,783.50 |
| 10/30/2025 | NMH | Continue research for FRCP 12 (b) (6) portion of motion to dismiss; continue drafting arguments re 12 (b) (6) portion of motion. | 6.70 | $435 | $2,914.50 | $2,914.50 |
| 10/31/2025 | NMH | Revise and edit drafted portions of motion to dismiss, email draft of portions of Motion to Dismiss to Steve J. Willner research re unjust enrichment dismissal. | 3.80 | $435 | $1,653.00 | $1,653.00 |
| | | **Total Fees: 10/2025** | **37.50** | | **$16,321.00** | **$16,321.00** |
| 11/1/2025 | NMH | Continue drafting 12 (b) (6) portion of Motion to Dismiss; review Complaint and Lease as needed; research and assess law as needed. | 2.00 | $435 | $870.00 | $870.00 |
| 11/2/2025 | NMH | Continue drafting 12 (b) (6) portion of Motion to Dismiss; review and assess documents as needed; research and assess law as needed. | 3.10 | $435 | $1,348.50 | $1,348.50 |
| 11/3/2025 | NMH | Continue drafting 12 (b) (6) portion of Motion to Dismiss; review documents and complaint as needed; research and assess law as needed. | 5.60 | $435 | $2,436.00 | $2,436.00 |
| 11/4/2025 | NMH | Continue drafting 12 (b) (6) portion of Motion to Dismiss; research and assess law as needed; review complaint and lease as needed; emails with and from Steve J. Willner re motion. | 7.40 | $435 | $3,219.00 | $3,219.00 |
| 11/5/2025 | NMH | Finish drafting 12 (b) (6) portion of memo of law in support of Motion to Dismiss; reuse and edit entire argument section of memo of law and email same to Steve J. Willner; review complaint and lease as needed; research and assess law as needed. | 7.00 | $435 | $3,045.00 | $3,045.00 |
| 11/5/2025 | SJW | Draft introduction and statement of facts sections for Motion to Dismiss; draft declaration for Tyra Banks; begin review of Argument draft prepared by Nicole Hardman. | 7.80 | $440 | $3,432.00 | $3,432.00 |
| 11/6/2025 | SJW | Review and edit 12(b)(1) portion of argument section of Motion to Dismiss to tighten arguments, cut brief length, add/replace citations to exhibits caselaw, etc., and generally improve. | 6.50 | $440 | $2,860.00 | $2,860.00 |
| 11/6/2025 | SJW | Review and edit 12(b)(6) portion of argument section of Motion to Dismiss to tighten arguments, cut brief length, add/replace citations to exhibits caselaw, etc., and generally improve; review and edit introduction and facts section to tighten, improve, | 7.70 | $440 | $3,388.00 | $3,388.00 |
| 11/7/2025 | NMH | Emails from SJW re Motion to Dismiss; review revisions to memo of law from SJW and edit same; email edits to SJW. | 1.00 | $435 | $435.00 | $435.00 |
| 11/10/2025 | NMH | Calls with Steve J. Willner re Motion to Dismiss; emails re Declaration ; revise Declaration. | 0.20 | $435 | $87.00 | $87.00 |
| 11/10/2025 | SJW | Exchange emails with clients re Tyra Declaration; conduct final review and edits of Motion to Dismiss and finalize for filing; review and finalize exhibits for filing. | 2.40 | $435 | $1,056.00 | $1,056.00 |
| | | **Total Fees: 11/2025** | **50.70** | | **$22,176.50** | **$22,176.50** |

# Statement of Account

009678 School of Smize LLC
000001 D.C. Lease Dispute

**Fees**

| Date | ID | Description | Time | Hrly Rate | Orig Amount | Bill Amount |
|---|---|---|---|---|---|---|
| 12/30/2025 | SJW | Receipt and review of voluntary dismissal in federal case filed by Landlord's counsel; preliminary search and review of new case filed by Landlord in D.C. Superior Court; preliminary research of potential sanction claims to file for conduct in federal case. | 0.70 | $440 | $308.00 | $308.00 |
| 12/31/2025 | SJW | Conduct legal research regarding bases for moving for sanctions against Landlord and opposing counsel for their litigation tactics; conferences with litigation partners Sam Wood and Nicole Hardman re same; provide email update to client re same. | 3.60 | $440 | $1,584.00 | $1,584.00 |
| | | **Total Fees: 12/2025** | **4.30** | | **$1,892.00** | **$1,892.00** |
| 1/1/2026 | SJW | Begin drafting motion for sanctions - drafting introduction, factual and procedural background, and most of argument sections; includes review of pleadings and research of relevant law re same. | 10.60 | $440 | $4,664.00 | $4,664.00 |
| 1/2/2026 | SJW | Continue and complete initial draft of Motion for Sanctions - includes completion of argument section and review and revisions of previous sections. | 4.70 | $440 | $2,068.00 | $2,068.00 |
| 1/5/2026 | NMH | Review Motion for Sanction and edit same; preform West-Law research as needed for Motion; email edits of Motion to SJW. | 1.20 | $435 | $522.00 | $522.00 |
| 1/5/2026 | SJW | Review and incorporate edits to motion for sanctions proposed by Nicole Hardman; add statement of pre-filing conference pursuant to local rule; phone call with Louis Martin discussing motion for sanctions. | 0.70 | $440 | $308.00 | $308.00 |
| 1/6/2026 | SJW | Exchange emails and call with Arziki Adamu for pre-motion conference concerning motion for sanctions. | 0.20 | $440 | $88.00 | $88.00 |
| 1/8/2026 | SJW | Draft Declaration and review time records for filing with motion for sanctions; continue drafting motion by drafting section re request for attorneys fees; review and make final edits and finalize motion and exhibits for filing. | 6.20 | $440 | $2,728.00 | $2,728.00 |
| | | **Total Fees: 01/2026** | **23.60** | | **$10,378.00** | **$10,378.00** |
| | | **Total Fees:** | **116.10** | | **$50,767.50** | **$50,767.50** |

|  |  |
|---|---|
| **Total Fees:** | **$50,767.50** |
| **Total Costs/Expenses:** | **$0.00** |
| **Total:** | **$50,767.50** |